438 A.2d 641

Commonwealth v. Mercer, Appellant.

Argued June 11, 1980. Robert S. Esposito, for appellant; Nancy Wasser, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.

PRICE, J., did not participate in the consideration or decision of this case.